1 | McGREGOR W. SCOTT
United States Attorney
2 | KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2723

5 | Attorney for Plaintiff




FILED

OCT 17 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-SW-0298-KJM |
| ) | 2:06-SW-0299-KJM |
| Plaintiff, ) | 2:06-SW-0300-KJM |
| ) | 2:06-SW-0301-KJM |
| v. ) | 2:06-SW-0302-KJM |
| ) | 2:06-SW-0303-KJM |
| IN RE MATTER OF SEIZURE ) | 2:06-SW-0304-KJM |
| WARRANTS FOR CERTAIN FUNDS ) | 2:06-SW-0305-KJM |
| AND VEHICLES ) | 2:06-SW-0306-KJM |
| ) | |
| ) | ~~[PROPOSED]~~ UNSEALING ORDER |

On October 13, 2006, the Court entered a sealing order on the affidavit and seizure warrants numbered: 2:06-SW-0298-KJM through 2:06-SW-0306-KJM. The United States now requests that the affidavit and seizure warrants listed above be unsealed.

IT IS SO ORDERED.

DATED: 10/17/06

KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE